DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**PAUL REAL ESTATE, INC.** and **PAUL DE BASTOS,**
Appellants,

v.

**CHRISTIAN TIRIKIAN,**
Appellee.

No. 4D2022-2358

[November 16, 2023]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Fabienne E. Fahnestock, Judge; L.T. Case No. CACE15-011435 (18).

William E. Stacey, Jr., of William E. Stacey, Jr., P.A., Fort Lauderdale, for appellants.

Paul A. McKenna of Paul A. McKenna & Associates, P.A., Miami, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, GERBER and CONNER, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***